**DENY and Opinion Filed April 7, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00178-CV

## IN RE ATKINS BROS. EQUIPMENT CO., INC. AND RICKEY JOE HOOPER, Relators

**Original Proceeding from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-18-01224-C**

## MEMORANDUM OPINION
Before Justices Bridges, Osborne, and Reichek
Opinion by Justice Bridges

Before the Court is relators' petition for writ of mandamus in which they contend the trial judge abused her discretion by granting real party in interests' motions to quash relators' subpoena duces tecum requesting documents from non-parties, and relators' deposition notice duces tecum, which sought the deposition of and documents from non-parties. We have also received the response filed by real party in interest, Eminent Medical Center, LLC.

Entitlement to mandamus relief requires relators to show both that the trial court clearly abused its discretion, and that relators have no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig.

proceeding). After reviewing the petition and the mandamus record, we conclude relators have not shown they are entitled to the relief requested.  Our denial does not speak to the scope or applicability of *In re North Cypress Med. Ctr. Operating Co.,* 559 S.W.3d 128 (Tex. 2018), but rather, rests on the breadth of the challenged requests included in the subpoena duces tecum, and the failure to comply with rule 176.5 regarding service of the deposition subpoena.

Accordingly, we deny relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/David L. Bridges/
_____
DAVID L. BRIDGES
JUSTICE

200178F.P05

–2–